# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,         )
                              )
    v.                          )    2:10-CR-563 RLH (LRL)
                              )
ERIC THOMAS FRIEDLANDER,      )
                              )
        Defendant.        )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 13, 2012, defendant ERIC THOMAS FRIEDLANDER pled guilty to Counts One, Two and Three of a Three-Count Criminal Superseding Indictment charging him in Count One with Attempted Use and Trafficking un Unauthorized Access Devise in violation of Title 18, United States Code, Section 1029(a)(2), in Count Two with Aggravated Identify Theft in violation of Title 18, United States Code, Section 1028A(a)(1) and (c)(4), and in Count Three with Felon in Possession of a Firearm in violation of Title 18, United States Code, Sections 922(g)(1). Docket #15, #35.

This Court finds defendant ERIC THOMAS FRIEDLANDER agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Superseding. #15, #35.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Superseding Indictment and the offenses to which defendant ERIC THOMAS FRIEDLANDER pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a)     an Iver Johnson, Model 55-SA, .38 caliber five-shot revolver, serial number G26677; and

    b)     any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ERIC THOMAS FRIEDLANDER in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

MICHAEL A. HUMPHREYS
Assistant United States Attorney
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __9th__ day of _____February_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

3

PROOF OF SERVICE

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the foregoing Preliminary Order of Forfeiture on February 8, 2012, by the below identified method of service:

CM/ECF:

Shari L. Kaufman
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Shari_Kaufman@fd.org
Counsel for the Defendant Eric Friedlander

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal